IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BARRY G. AARON,
ADC #97176                                                                                                           PLAINTIFF

v.                                                  4:08CV04128GTE/HLJ

BRENT HALTOM, et al.                                                                DEFENDANTS

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court also hereby certifies, pursuant to 28 U.S.C. §1915 (a)(3), that an in forma pauperis appeal taken from this Judgment and the accompanying Memorandum and Order is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 14th day of November, 2008.

_____
United States District Judge