IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BARRY G. AARON, ADC # 97176**                                                              **PLAINTIFF**

**V.**                                          **4:08-CV-04128 GTE**

**BRENT HALTOM, et al.**                                                              **DEFENDANTS**

## ORDER OF DISMISSAL

Plaintiff Barry Aaron has filed a motion seeking to voluntarily dismiss his complaint, without prejudice, for the purpose of exhausting his state remedies.  For good cause shown,

IT IS HEREBY ORDERED THAT his motion to dismiss (Doc. No. 39) be, and it is hereby, GRANTED.  Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this  22nd day of April, 2009.

_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE